# United States Court of Appeals for the Federal Circuit

July 20, 2006

<u>ERRATUM</u>

Appeal No. 05-1550

<u>UGINE AND ALZ v. US</u>

Decided:  June 15, 2006                    Precedential Opinion

Please make the following change:

    Delete the sentence and citation at page 10, lines 20-23, beginning "When the importer . . ." and ending "710 F.2d at 810."